Gus T. Flynn, plaintiff in error, v. LeRoy Rowland, defendant in error.   Gen. No. 28,719.

Suit against dentist for malpractice.   Judgment for defendant. Error to the Superior Court of Cook county; the Hon. Joseph B.

David, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1923. Reversed and remanded. Opinion filed March 10, 1924. Rehearing denied March 24, 1924.

James C. McShane, for plaintiff in error. Edward W. Rawlins, for defendant in error.

Mr. Justice McSurely delivered the opinion of the court.